IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN KEVIN TURNER,

    Plaintiff,                     No. CIV S-09-0632 GEB DAD P

    vs.

KATHLINE DICKINSON, et al.,

    Defendants.               <u>ORDER TO SHOW CAUSE</u>

/

        On January 14, 2011 defendant Rohrer filed a motion to dismiss for failure to exhaust administrative remedies pursuant to Federal Rule of Civil Procedure Rule 12(b). Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On October 21, 2010, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed October 21, 2010, plaintiff was

1

1  advised that failure to comply with the Local Rules may result in a recommendation that the
2  action be dismissed.
3        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
4  date of this order, plaintiff shall file an opposition to the motion to dismiss and shall show cause
5  in writing why sanctions should not be imposed for the failure to file a timely opposition.  In the
6  alternative, if plaintiff no longer wishes to proceed with this matter, he shall file a request to
7  dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil
8  Procedure
9  DATED: February 28, 2011.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:4
turn0632.46