IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN KEVIN TURNER,

    Plaintiff,     No. CIV S-09-0632 GEB DAD P

    vs.

KATHLINE DICKINSON, et al.,

    Defendants.     ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 19, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Defendant Rohrer has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 19, 2011 are adopted in full;

2. Defendant's January 14, 2011 motion to dismiss the amended complaint for failure to exhaust administrative remedies (Doc. No. 19) is denied; and

3. Within thirty days from the service of this order, defendant Rohrer is ordered to file his answer.

Dated: September 5, 2011

GARLAND E. BURRELL, JR.
United States District Judge