IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN KEVIN TURNER,

    Plaintiff,                    No. 2:09-cv-00632 GEB DAD P

    vs.

KATHLINE DICKINSON, et al.,

    Defendants.             <u>ORDER</u>

          On January 23, 2013, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 8, 2013, denying plaintiff's request for the appointment of a medical expert.[1] Defendants have filed an opposition. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

---

[1] Plaintiff does not challenge that portion of the magistrate judge's order denying the request for appointment of counsel.

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 8, 2013, is affirmed.

Dated: January 29, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge